IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RHETT ZUNIGA,

        Plaintiff,

   v.

FLAGSTAR BANK, FSB, *et. al.*,

        Defendants.

No. C 12-4726 RS

**ORDER DISMISSING WITH PREJUDICE AND JUDGMENT**

On November 29, 2012, Zuniga's complaint was dismissed without prejudice for lack of standing. He was ordered to file an amended complaint on or before January 29, 2013, and warned that failure to do so would result in the dismissal of this action without further notice. January 29, 2013, has come and gone and Zuniga has not filed an amended complaint. This action, therefore, is dismissed with prejudice. Judgment is entered on behalf of the defendants.

IT IS SO ORDERED.

Dated: 2/7/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE